# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| XOCHITL NISBET,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AMERICAN NATIONAL RED CROSS; AMERICAN RED CROSS OF GREATER LOS ANGELES; AUSANTA NEBBITT; and DOES 1 through 100,<br><br>　　　　Defendants. | Case No.: **CV 16-7342-GW(ASx)**<br><br>**JUDGMENT IN FAVOR OF DEFENDANTS AMERICAN NATIONAL RED CROSS AND AUSANTA NEBBITT AGAINST PLAINTIFF XOCHITL NISBET** |

　　　　Defendants' American National Red Cross and Ausanta Nebbitt ("Defendants") Motion for Summary Judgment or, in the Alternative, Partial Summary Judgment against Plaintiff Xochitl Nisbet ("Plaintiff") came on for hearing before the court on March 29, 2018, the Honorable George H. Wu presiding. Theresa M. Marchlewski, Esq. appeared on behalf of Defendants and Suzanne E. Rand-Lewis, Esq. appeared on behalf of Plaintiff. The Motion presented having been fully considered, the issues duly heard and a decision duly rendered,

| | |
|---|---|
| 1 | |
| 2 | **IT IS HEREBY ORDERED AND ADJUDGED** that the Court's Tentative Rulings dated November 30, 207 and March 29, 2018 are adopted as final and accordingly, judgment is entered in favor of Defendants American National Red Cross and Ausanta Nebbitt against Plaintiff Xochitl Nisbet, that Plaintiff take nothing, that the action be dismissed on its merits and Defendants are entitled to their taxable costs incurred in defense of the action. |

Dated: April 23, 2018

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE

4831-0782-9856, v. 1